**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KEVIN AND DONNA O'DONNELL,

Plaintiffs,

v. Civ. No. 2:26-cv-00651-KG-KRS

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the Motion of the Plaintiffs, Kevin and Donna O'Donnell, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiffs herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**SUBMITTED BY:**

VANDENBOUT LAW, PLLC

*/s/ Joshua D. Eihausen – Approved via email*

Joshua D. Eihausen
Lawrence A. VandenBout
Attorneys for Plaintiffs
1550 Wewatta St., Floor 2
Denver, CO 80202

**APPROVED BY:**

MILLER STRATVERT P.A.

*/s/ Todd A. Schwarz*

Todd A. Schwarz
Attorneys for Defendant
Post Office Box 25687
Albuquerque, New Mexico 87125